AO 245D   (Rev. 09/13) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

<u>Southern</u>   District of   <u>Indiana</u>

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

SHAWN KINNINGHAM

Case No.   3:13CR00035-001

USM No.   65180-066

Gwendolyn M. Beitz
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   <u>1, 2, 4, 5, 6</u>   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | New Crime | 05/01/2013 |

        The defendant is sentenced as provided in pages 2 through   <u>2</u>   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   <u>3</u>   and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.   <u>6090</u>

Defendant's Year of Birth:   <u>1990</u>

City and State of Defendant's Residence:

Henderson, KY

12/17/2015
Date of Imposition of Judgment

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

12/17/2015
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By   Dina M. Dayle
           Deputy Clerk

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment — Page    1.01    of    2

DEFENDANT:          SHAWN KINNINGHAM
CASE NUMBER:        3:13CR00035-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | New Crime | 04/05/2013 |
| 4 | Pay Restitution | 07/03/2013 |
| 5 | Pay  Restitution Monthly | 07/03/2013 |
| 6 | Work at a Lawful Occupation | 07/03/2013 |

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

DEFENDANT:    SHAWN KINNINGHAM
CASE NUMBER:    3:13CR00035-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    Time served.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____   ☐ a.m.   ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL